[No. 5315-2-II. Division Two. November 29, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY WRIGHT, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. CR-29, John H. Kirkwood, J., entered January 9, 1981. *Affirmed* by unpublished opinion per Petrich, A.C.J., concurred in by Petrie and Worswick, JJ.

[No. 4597-8-III. Division Three. November 30, 1982.]

TENNESON ENGINEERING CORPORATION, *Respondent,* v. PATRICK PARRISH, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Klickitat County, No. 12813, Ted Kolbaba, J., entered May 7, 1981. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 4425-4-III. Division Three. November 30, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS J. BARTON, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 4354, Albert J. Yencopal, J., entered January 23, 1981. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J.